UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-cv-22282-JAL

**STEVE MUCHNICK, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**vs.**

**KAZ USA, INC., and KAZ, INC.,**

**Defendants.**

### DEFENDANTS KAZ USA, INC.'S AND KAZ, INC.'S APPLICATION FOR HEARING ON THE MOTION TO DISMISS PLANTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP RULE 12(b)(6)

Defendants KAZ USA, INC. and KAZ, INC., by counsel and pursuant to Local Rule 7.1(b), respectfully request that oral argument be held on their Motion to Dismiss The First Amended Complaint Pursuant FRCP Rule 12(b)(6). Defendants respectfully submit that oral argument is desired and will assist the Court because this particular lawsuit raises issues relating to damages, public policy and application of law that may require more elucidation than can be conveyed through written memoranda only.

Defendants estimate that approximately 30 minutes will be required for oral argument.

Date: August 25, 2014

    Respectfully submitted,

    PAUL V. WAYNE
    California Bar. No.: 101482
    SOOJIN KANG, ESQ.
    California Bar No.: 219738
    Tharpe & Howell, LLP
    15250 Ventura Blvd, 9th Fl.
    Sherman Oaks, CA 91403

818-205-9955

/**s/Michael J. Schwartz**
MICHAEL J. SCHWARTZ
Florida Bar. No.: 336459
Schwartz & Kirschbaum
Museum Tower, Suite 2700
150 West Flagler Street
Miami, FL 33130
305-371-9191
Attorneys for KAZ USA, INC., and KAZ, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Michael J. Schwartz
Michael J. Schwartz

## SERVICE LIST

**Steve Muchnick, individually and on behalf of all others similarly situated v. Kaz USA, Inc., and Kaz, Inc.**

Case No.: 14-cv-22282-JAL

United States District Court Southern District Of Florida

John B. Patterson
john@balkanpatterson.com
Adam M. Balkan
adam@balkanpatterson.com
Paris R. Webb
paris@balkanpatterson.com
Balkan & Patterson, LLP
1877 S. Federal Highway, Suite 100
Boca Raton, Florida 33432

Stuart M. Eppsteiner, Esq.
sme@eppsteiner.com
Andrew J. Kubik, Esq.
ajk@eppsteiner.com
Eppsteiner & Fiorica Attorneys, LLP
12555 High Bluff Drive, Suite 155
San Diego, California 92130

Served via transmission of Notices of Electronic Filing generated by CM/ECF